UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GABRIEL DEON LOGAN (#425940)

VERSUS

EDWARD HONEYCUTT

CIVIL ACTION

NO. 12-156-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Stephen C. Riedlinger dated July 24, 2012 (doc. no. 20) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendant's Motion to Dismiss is GRANTED in part, dismissing any claim against the defendant in his official capacity and the plaintiff's claim for compensatory damages. Further, in all other respects the defendant's Motion to Dismiss is DENIED.

Baton Rouge, Louisiana, this 6th day of September, 2012.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE